✎ PS 8
(3/15)

Case 2:14-cr-00120-SMJ    Document 170    Filed 03/27/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Scott, Alycia Jean | Docket No. | 2:14CR00120-SMJ-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alycia Jean Scott, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 30th day of September 2014, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practioner. Defendant may not use or possess, regardless of whether Defenant has been prescribed a medical marijuana card.

**Special Condition #18: Substance Abuse Evaluation:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant ingested marijuana.

**Violation #2:** The defendant failed to particpate in a substance abuse evaluation.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |   |
|---|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. | |
|   | Executed on: | March 27, 2015 |
| by | s/Erik Carlson | |
|   | Erik Carlson U.S. Pretrial Services Officer | |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 27, 2015
Date