# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Scott, Alycia Jean | Docket No. | 2:14CR00120-SMJ-3 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Alycia Jean Scott, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 30th day of September 2014 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use of unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licesned medical practitioner.  Defendant may not use or possess marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

**Special Condition #15:** Refrain from any use of alcohol.

**Special Condition #19:** Prohibited Substance Testing.  If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibted substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor.   Treatment shall not interfere with Defendant's court appearances.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant was cited for third degree driving while license suspended.

**Violation #2:** The defendant tested positive for the presence of oxycodone.

**Violation #3:**  The defendant tested positive for the presence of oxycodone.

**Violation #4:** The defendant tested positive for the presence of alcohol.

**Violation #5:** The defendant failed to report for random drug testing.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

---

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 22, 2015 |
| by | s/ Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this
    petition with the other violations pending before the
    Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 22, 2015

Date