PROB 12C
(6/16)

Report Date: September 23, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alycia Jean Scott | Case Number: 0980 2:14CR00120-SMJ-3 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Wellpinit, Washington 99040 | |
| Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge | |
| Date of Original Sentence: August 25, 2015 | |
| Original Offense: Misprison of a Felony, 18 U.S.C. § 4 | |
| Original Sentence: Prison - 6 months<br>TSR - 12 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Rudy J. Verschoor | Date Supervision Commenced: February 17, 2016 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: February 16, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/09/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender failed to appear for a random drug test at Alcohol Drug Education Prevention and Treatment (ADEPT) in Spokane, Washington, on September 15, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 23, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

Prob12C
**Re: Scott, Alycia Jean**
**September 23, 2016**
**Page 2**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

09/23/2016
Date