PROB 12C
(6/16)

Report Date:  March 6, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alycia Jean Scott                Case Number: 0980 2:14CR00120-SMJ-3

Address of Offender: ███████████████, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 25, 2015

Original Offense:        Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:       Prison - 6 months          Type of Supervision: Supervised Release
                         TSR - 12 months

Revocation Sentence:     Prison - 4 months
October 4, 2016          TSR - 8 months

Asst. U.S. Attorney:     Alison L. Gregoire         Date Supervision Commenced: January 22, 2017

Defense Attorney:        Federal Defenders Office   Date Supervision Expires: September 21, 2017

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 9, 2017, the offender submitted a urinalysis test at the United States Probation Office that tested presumptive positive. Lab results revealed a confirmed positive result for amphetamine, codeine, methamphetamine, and morphine. |
| 2 | **Special Condition # 19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On February 16 and 22, 2017, the offender failed to report to Alcohol Drug Education Prevention and Treatment (ADEPT) to submit a random urinalysis test. On March 1, 2017, the offender advised the undersigned that she had no excuse for missing the tests and did not contest that she failed to appear for either test.

3        **Special Condition # 19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 21, 2017, the offender reported to the Spokane Residential Reentry Center (RRC) and tested presumptive positive at the time of intake for amphetamine, THC, methamphetamine, and opiates. On March 1, 2017, the offender made a verbal admission to the undersigned that she had consumed both heroin and methamphetamine on February 20, 2017, the day before RRC placement.

4        **Special Condition # 19**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 6, 2017, the undersigned was advised by the RRC that the offender had tested presumptive positive for opiates.  Staff at the RRC additionally advised the undersigned that the offender had made an admission to consuming heroin.

5        **Special Condition # 23**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On March 6, 2017, the undersigned was advised by staff at the RRC that baggies containing suspected drug residue had been found in the offender's property. Staff at the RRC additionally advised  the undersigned that the offender had made an admission to sneaking illicit substances into the RRC and using illicit substances at the RRC facility. Staff at the RRC also stated that the suspected residue in the baggies had tested positive for heroin. The RRC has terminated the offender's placement due to the noncompliance.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/06/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

Prob12C
**Re: Scott, Alycia Jean**
**March 6, 2017**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____03/06/2017_____
Date